Case No. 09-8072

# BANKRUPTCY APPELLATE PANEL
# OF THE SIXTH CIRCUIT

## ORDER

In re: ROCKY A. DE VITO; PAMELA S. DE VITO

    Debtors.

Before:　BOSWELL, McIVOR, and SHEA-STONUM, Bankruptcy Appellate Panel Judges.

Upon consideration of appellants' motion for stay of the order denying confirmation and dismissing case pending appeal,

It is **ORDERED** that the motion be and it hereby is **GRANTED**.

                        **ENTERED BY ORDER OF THE COURT**
                        Leonard Green, Clerk

Issued: June 03, 2010